FILED

2018 JUL 17 PM 2: 35

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | INDICTMENT |
| ) | |
| Plaintiff, ) | JUDGE NUGENT |
| ) | |
| v. ) | CASE NO. 1 : 18 CR 400 |
| ) | |
| ROBERT FRECKLETON, ) | Title 8, Section 1326, United States Code |
| ) | |
| Defendant. ) | |

COUNT 1
(Illegal Reentry, in violation of 8 U.S.C. § 1326)

The Grand Jury charges:

1. Defendant ROBERT FRECKLETON is an alien and citizen of Jamaica, who was last removed from the United States to Jamaica on or about October 23, 2007.

2. On or about July 9, 2018, Defendant was found in the United States in the Northern District of Ohio, Eastern Division, and not having previously obtained the express consent of the Attorney General of the United States or his successor, the Secretary for Homeland Security (Title 6, Sections 202 (3), (4) and (557), United States Code) to apply for readmission into the United States, in violation of Title 8, Section 1326, United States Code.

A TRUE BILL.

Original document - Signatures on file with the Clerk of Courts, pursuant to the E-Government Act of 2002.